## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

**Jay F. Neely**
**Chief U.S. Probation Officer**



**310 New Bern Avenue, Room 610**
**Raleigh, NC 27601**
**Phone: 919-861-8672**
**Fax: 919-334-5322**

**DATE:** June 24, 2026

**FROM:** Melissa K. Lunsmann
Supervisory U.S. Probation Officer

**SUBJECT:** **TERRY, Luther Allen**
**Case No.: 4:15-CR-43-1D**
**<u>Request for Early Termination</u>**

**TO:** James C. Dever III
United States District Judge

On April 7, 2016, Luther Allen Terry was convicted of Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Mr. Terry appeared in United States District Court for the Eastern District of North Carolina and received 96 months imprisonment, followed by ten years of supervised release. He began supervision on April 2, 2021. On May 19, 2026, the case was reassigned to the Honorable James C. Dever III, U.S. District Judge.

Mr. Terry has performed satisfactorily on supervision. He has submitted to DNA testing and has not incurred any new criminal charges. His case was evaluated as a low-risk supervision case and has been in our low-risk supervision program since November 18, 2022. All drug screens have been negative. Mr. Terry is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on April 1, 2031.

The probation office respectfully requests early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

---

☐   I agree with the recommendation and have signed the enclosed Order.
☐   I disagree with the recommendation. I will reconsider in _____ .
☐   I disagree with the recommendation. The defendant must serve the entire term of supervision.

 

 

_____        _____
James C. Dever III                                Date
United States District Judge

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.

**Crim. No. 4:15-CR-43-1D**

**LUTHER ALLEN TERRY**

On April 2, 2021, the above named began supervised release for a period of 10 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: (910) 346-5105
Executed On: June 24, 2026

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this **25** day of **June**, 2026.

James C. Dever III
U.S. District Judge